# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBIO TOWNSEND,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SIMARJIT GILL,<br><br>　　　　Defendant. | 1:14-cv-00098-AWI-GSA-PC<br><br>ORDER DENYING REQUESTS AS MOOT<br>(ECF Nos. 9, 10.) |

Rebio Townsend ("Plaintiff"), a detainee at Coalinga State Hospital, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case was dismissed with prejudice on October 29, 2014 for failure to state a claim, and judgment was entered the same day. (ECF Nos. 7, 8.)

On June 1, 2018, Plaintiff filed two requests for the court to cease collecting funds from Plaintiff's monthly income for payment of court fees. (ECF Nos. 9, 10.) Plaintiff's requests are moot in this case because the court is not collecting any funds from Plaintiff for payment of fees in this case.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's requests, filed on June 1, 2018, are DENIED as moot.

IT IS SO ORDERED.

　Dated:　**June 7, 2018**　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE