UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBIO TOWNSEND,<br><br>    Plaintiff,<br><br>vs.<br><br>SIMARJIT GILL,<br><br>    Defendant. | 1:14-cv-00098-AWI-GSA-PC<br><br>ORDER DENYING REQUEST AS MOOT (ECF No. 12.)<br><br>ORDER VACATING PAYMENT ORDER (ECF No. 5.)<br><br>ORDER FOR CLERK TO SERVE THIS ORDER ON COALINGA STATE PRISON AND THE COURT'S FINANCIAL DEPARTMENT |

Rebio Townsend ("Plaintiff"), a civil detainee at Coalinga State Hospital, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case was dismissed with prejudice on October 29, 2014, for failure to state a claim, and judgment was entered the same day. (ECF Nos. 7, 8.)

On July 19, 2018, Plaintiff filed a request for the court to cease collecting funds from his monthly income for payment of court fees in this case. (ECF No. 12.) Plaintiff is advised that no payment of the filing fee has been made in this case.[1] Therefore, Plaintiff's request is moot and shall be denied.

---

[1] No payments have been made for the filing fee in this case. However, payments are being collected from Plaintiff's account for the filing fees in Plaintiff's cases 2:13-cv-01137-MCE-AC (Townsend v. State of California, et al.) and 2:06-cv-00147-JKS-GGH (Townsend v. Carb, et al.). (Court financial records.)

1

It should be noted however, that on January 27, 2014, it appears that the court mistakenly issued a payment order in this case for Coalinga State Hospital to collect funds from Plaintiff's account for payment of the filing fee. (ECF No. 5.) The court shall now vacate this payment order. As a civil detainee, Plaintiff is not a prisoner subject to the Prison Litigation Reform Act and may proceed *in forma pauperis* without deductions from his account for the filing fee in this case.[2]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for the court to stop collection of filing fees for this case, filed on July 19, 2018, is DENIED as moot;
2. The court's January 27, 2014 payment order for this case, which requires Coalinga State Prison to deduct funds from Plaintiff's account for payment of the filing fee for this case, is ordered VACATED; and
3. The Clerk is directed to serve a copy of this order on Coalinga State Prison and the Financial Department of the Court.

IT IS SO ORDERED.

Dated: **July 31, 2018**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

---

[2] In this case, Plaintiff brought allegations of events occurring at Coalinga State Hospital, and Plaintiff was a civil detainee at Coalinga State Hospital on January 23, 2014, when he filed this case. (ECF No. 1.)